IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT NARDINI                                                                                         PLAINTIFF

v.                                Civil No. 05-2074

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## **JUDGMENT**

Comes now the Court on this 6th day of June, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE